JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LOPEZ, | ) | Case No. CV 12-10324-JSL (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SAN BERNARDINO COUNTY SHERIFF, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Dismissing Petition for Failure to Prosecute and Failure to Exhaust,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: _____16 Jan. 2014_____

_____
HONORABLE J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE